1

2

3              **UNITED STATES DISTRICT COURT**

4                **DISTRICT OF NEVADA**

5                        * * *

6   INTERNATIONAL FIDELITY INSURANCE        )
    COMPANY,                                 )
7                                            )
                     Plaintiff,              )
8                                            )        2:07-cv-00287-RCJ-LRL
                                             )
9   v.                                       )
                                             )        **ORDER AND RECOMMENDATION**
10  TIMBERLINE ARCHITECTURAL OPENINGS        )
    LLC, *et al.*,                           )
11                                           )
                     Defendants.             )
12  _____)

13          Plaintiff has submitted a Motion to Enforcement Settlement (#177).  No opposition was filed.

14  "The failure of an opposing party to file points and authorities in response to any motion shall constitute

15  a consent to the granting of the motion." LR 7-2(d).  Further, counsel for defendants has on multiple

16  occasions assured plaintiff that the deeds of trust necessary to effectuate settlement pursuant to the

17  parties' December 29, 2008 Settlement Agreement would be forthcoming. Mot. (#177) at 5-6; *see also*

18  *id.*, Exh. E (February 2009 e-mail chain).  Defendants have refused to provide plaintiff with notarized

19  original deeds of trust due to their deteriorating economic viability and their concern that posting the

20  agreed-to collateral will cause additional economic hardship. *See id.*, Exh. F (April 7, 2009 e-mails).

21  Despite plaintiff's repeated requests and good faith efforts, defendants have evaded their obligations

22  under the clear and unambiguous terms of the global settlement.

23          Accordingly, and for good cause shown,

24  . . .

25  . . .

26  . . .

1    IT IS RECOMMENDED that plaintiff's Motion to Enforcement Settlement (#177) be granted.

2    IT IS ALSO ORDERED that plaintiff's Motion for Emergency Hearing (#178) is denied as

3 moot.

4    DATED this 9th day of June, 2009.

5

6                                    _____

7                                    **LAWRENCE R. LEAVITT**
                                     **UNITED STATES MAGISTRATE JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2