**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> TIMBERLINE ARCHITECTURAL OPENINGS, LLC., <br><br> Defendant. | 2:07-cv-00287-RCJ-LRL <br><br> **ORDER** |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Lawrence R. Leavitt, entered June 9, 2009 (#180). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered June 9, 2009, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#180) be affirmed and adopted and that plaintiff's Motion for Enforcement of Settlement (#177) be GRANTED.

DATED:      August 18, 2009

_____
UNITED STATED DISTRICT COURT